In the Matter of the Probate of the Will of EMMA T. MITTEL-STAEDT, Deceased. HARRIET A. MITTELSTAEDT, Respondent; EDWARD L. MITTELSTAEDT, Appellant.

Submitted November 24, 1952; decided December 5, 1952.

*John Goodrum Miller* for motion.

*Albert I. Collens* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.